UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| WILLIAM WOLFINBARGER, | ) | No. 04 B 19039 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

## AMENDED FINAL PRETRIAL ORDER

This matter is set for hearing on the debtor's motion to avoid judicial lien at the United States Courthouse, 219 South Dearborn Street, Room 613, Chicago, Illinois on **October 21, 2004** at 1:30 p.m. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

  **1. Continuances.** No continuance of the hearing date will be granted except for good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the hearing date.

  **2. Pleadings.** No party seeks to submit any further pleadings.

  **3. Exhibits and Exhibit Lists.** On or before October 7, 2004, all parties must exchange and file with the court copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered in the order of its probable presentation at the hearing. Each document must be given a separate exhibit number.

  In addition to the exhibits, all parties must exchange and file with the court a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

  One (1) set of the exhibits and two (2) copies of the exhibit list must be filed with court.

  If no written objection to an exhibit is filed with the court and tendered to the proponent within seven (7) days of the receipt of the proposed exhibit, the exhibit will be deemed admitted into evidence.

4. <u>**Witnesses and Witness Lists.**</u> On or before October 7, 2004, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

5. <u>**Joint List of Stipulated Facts.**</u> To the extent reasonably possible, the parties must stipulate to facts and documents. On or before October 7, 2004, the parties must file with the court a joint list, signed by counsel, stating all facts and documents to which the parties have stipulated. The stipulations are deemed admitted into evidence.

6. <u>**Motions *in limine*.**</u> All motions to limit, exclude or bar testimony of a witness, or to exclude deposition testimony, must be filed on or before October 7, 2004. Responses are due seven (7) days thereafter. No replies should be filed.

7. <u>**Compliance with this Order**</u>. Failure to comply with this Order will result in the imposition of appropriate sanctions. Sanctions include, but are not limited to, the following:

   a.  Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires may be precluded from introducing any exhibits into evidence.

   b.  Any witness not identified and listed in accordance with this Order will be barred from testifying at the hearing. A party who fails to exchange and file with the court the list of witnesses that this Order requires may be barred from presenting any witnesses.

Dated:   September 2, 2004

ENTER: _____
A. Benjamin Goldgar
United States Bankruptcy Judge