```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 19039
    WILLIAM C WOLFINBARGER
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-1630


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/14/04 and confirmed on 04/08/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   55397.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG           .00            .00            .00
LITTON LOAN SERVICING IN MORTGAGE ARRE      35835.45            .00       35835.45
EDWARD PUZZO             UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY           12961.12            .00       12961.12
AT & T                   UNSECURED         NOT FILED            .00            .00
CAPITAL ONE FINANCIAL    UNSECURED         NOT FILED            .00            .00
FRANCIS MEYER TRUST      UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED            2506.31           .00        2506.31
ILLINOIS STATE BANK      UNSECURED         NOT FILED            .00            .00
PROVIDIAN NATIONAL BANK  UNSECURED         NOT FILED            .00            .00
VISTA MEDICAL CENTER EAS UNSECURED         NOT FILED            .00            .00
RICHARDS RALPH & SCHWAB  UNSECURED             877.50           .00         877.50
LITTON LOAN SERVICING IN COST OF COLLE         395.00           .00         395.00
LITTON LOAN SERVICING IN COST OF COLLE         600.00           .00         600.00
           Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   35835.45    13956.12      3383.81         .00      53175.38
PRINCIPAL PAID       35835.45    13956.12      3383.81         .00      53175.38
INTEREST PAID             .00         .00          .00         .00           .00
TOTAL PAID           35835.45    13956.12      3383.81         .00      53175.38
The Debtor's attorney, DAVID P LEIBOWITZ              , was allowed $        .00
and was paid $         .00 .

The Trustee received $    2221.15 .

Refunds to the Debtor totaled $         .47 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 01/09/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE








                              PAGE   2
         CASE NO. 04 B 19039 WILLIAM C WOLFINBARGER